**FILED**
NOV 29 2007
Nov 29, 2007
MAGISTRATE JUDGE JEFFREY COLE
UNITED STATES DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Violations: Title 18, **JUDGE BUCKLO** |
| | ) United States Code, |
| | ) Sections 841(a)(1) and 2. |
| MAURICE BLAKELY, a/k/a "Reese" | ) |

**07CR   787**

**MAGISTRATE JUDGE KEYS**

<u>COUNT ONE</u>

The SPECIAL JUNE 2007 GRAND JURY charges:

On or about November 7, 2003, at Chicago, in the Northern District of Illinois, Eastern Division,

MAURICE BLAKELY, a/k/a "Reese,"

defendant herein, knowingly and intentionally distributed a controlled substance, namely, in excess of 5 grams of mixtures and substances containing cocaine base in the form of crack cocaine, a Schedule II Narcotic Drug Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

## COUNT TWO

The SPECIAL JUNE 2007 GRAND JURY further charges:

On or about November 25, 2003, at Chicago, in the Northern District of Illinois, Eastern Division,

MAURICE BLAKELY, a/k/a "Reese,"

defendant herein, knowingly and intentionally distributed a controlled substance, namely, in excess of 50 grams of mixtures and substances containing cocaine base in the form of crack cocaine, a Schedule II Narcotic Drug Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

## COUNT THREE

The SPECIAL JUNE 2007 GRAND JURY further charges:

On or about February 12, 2004, at Chicago, in the Northern District of Illinois, Eastern Division,

MAURICE BLAKELY, a/k/a "Reese,"

defendant herein, knowingly and intentionally distributed a controlled substance, namely, in excess of 50 grams of mixtures and substances containing cocaine base in the form of crack cocaine, a Schedule II Narcotic Drug Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY