E-FILED
Wednesday, 05 December, 2007 02:51:50 PM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
### OFFICE OF THE CLERK
309 U.S. COURTHOUSE
100 N.E. MONROE STREET
PEORIA, ILLINOIS 61602

JOHN M. WATERS
CLERK OF COURT

TEL: 309.671.7117
FAX: 309.671.7120

December 5, 2007

Clerk, US District Court
Northern District of IL
20th Floor, US Courthouse
219 S. Dearborn St.
Chicago, IL. 60604

FILED
12-10-07
DEC 10 2007

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

RE: USA V. 07-3055
CASE NO. IN NDIL:07-CR-787
CASE NO. IN SPRINGFIELD: 07-3055

Dear Mr Dobbins:

    Pursuant to the attached Commitment to Another District, the above case has been processed through Rule 5 back to the Northern District of Illinois. Attached you will find a certified docket sheet and copies of all documents pertaining to the Rule 5 from the Central District of Illinois.

Very truly yours,

s/H. Kallister

JOHN M. WATERS, CLERK
U.S. DISTRICT COURT

JMW/hk

# U.S. District Court
## CENTRAL DISTRICT OF ILLINOIS (Springfield)
## CRIMINAL DOCKET FOR CASE #: 3:07-mj-03055-BGC-1
### Internal Use Only

Case title: USA v. Blakely  
Other court case number: 07-Cr-787 NDIL; Eastern Division

Date Filed: 12/04/2007  
Date Terminated: 12/04/2007

Assigned to: Magistrate Judge Byron G. Cudmore

### Defendant (1)

**Maurice Blakely**  
*TERMINATED: 12/04/2007*  
also known as  
Reese  
*TERMINATED: 12/04/2007*

    07cr787  
    Judge Bucklo  
    Magistrate Judge Keys

represented by **Douglas John Beevers**  
FEDERAL PUBLIC DEFENDER  
600 E Adams  
2nd Floor  
Springfield, IL 62701  
217-492-5070  
Fax: 217-492-5077  
Email: douglas_beevers@fd.org  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*  
*Designation: Public Defender or Community Defender Appointment*

**Pending Counts**  
None

**Disposition**

**Highest Offense Level (Opening)**  
None

**Terminated Counts**  
None

**Disposition**

**Highest Offense Level (Terminated)**  
None

**Complaints**  
21:841A=ND.F: On or about 11/7/3 (Ct.1) 11/25/03 (Ct.2) and 2/12/04 (Ct 4) dft did distribute more than 5 grams of cocaine base crack in violation of 21:841(a)(1) and 18:2

**Disposition**  
ATTEST  
JOHN M. WATERS, CLERK  
BY: *[signature]*  
DEPUTY CLERK  
U.S. DISTRICT COURT  
CENTRAL DISTRICT OF ILLINOIS  
DATE 12/5/7

### Plaintiff

**USA**

represented by **Patrick D Hansen**  
US ATTY  
318 S Sixth  
Springfield, IL 62701-1806  
217-492-4450  
Fax: 217-492-4512  
Email: patrick.hansen@usdoj.gov  
*LEAD ATTORNEY*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/04/2007 | 1 | Rule 5(c)(3) Documents Received as to Maurice Blakely (Indictment & Warrant) (HK, ilcd) (Entered: 12/05/2007) |
| 12/04/2007 |  | Arrest (Rule 5) of Maurice Blakely (HK, ilcd) (Entered: 12/05/2007) |
| 12/04/2007 |  | Minute Entry for proceedings held before Magistrate Judge Byron G. Cudmore: Ddefendant present in custody and without counsel. AUSA Patrick Hansen present for Govt. Asst FPD Douglas Beevers present in open court at the request of the Court. Deft sworn & examined. Court finds Deft qualifies for court appointed attorney. Asst. FPD Douglas Beevers present and accepts appointment. Deft advised of rights. Deft waives right to an identity hearing and requests detention hearing to be held in NDIL. Deft executes signed Waiver for Removal. Court accepts waiver. Court enters Order of Commitment to Another District. Deft remanded to custody of US Marshal for commitment to the NDIL. (HK, ilcd) (Entered: 12/05/2007) |
| 12/04/2007 | 2 | WAIVER of REMOVAL/Rule 5(c)(3) Hearings by Maurice Blakely (HK, ilcd) (Entered: 12/05/2007) |
| 12/04/2007 | 3 | COMMITMENT TO ANOTHER DISTRICT as to Maurice Blakely. Defendant committed to District of NDIL, Eastern Division. Entered by Magistrate Judge Byron G. Cudmore on 12/4/7. (HK, ilcd) (Entered: 12/05/2007) |
| 12/04/2007 |  | (Court only) *** Terminated defendant case for Maurice Blakely (HK, ilcd) (Entered: 12/05/2007) |
| 12/05/2007 | 4 | Letter from Clerk of CDIL to Clerk of NDIL w/certified copies of docket sheet & file for rule 5 return to NDIL re: Maurice Blakely (HK, ilcd) (Entered: 12/05/2007) |

Case 1:07-cr-00787 Document 4 Filed 12/10/2007 Page 4 of 9

12/04/2007-03055-BG 174924428 Page 1 of 4  SPR SQD RM    PAGE 03/05
12/05/07  14:20 FAX 312 554 ????      U.S. DISTRICT COURT

E-FILED
Wednesday, 05 December, 2007 12:58:45 PM
Clerk, U.S. District Court, ILCD

FILED

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

NOV 29 2007
Nov 29, 2007
MAGISTRATE JUDGE JEFFREY COLE
UNITED STATES DISTRICT COURT

UNITED STATES OF AMERICA  )
                          )
                          )   Violations: Title 15,    JUDGE BUCKLO
          v.              )   United States Code,
                          )   Sections 841(a)(1) and 2.
                          )
MAURICE BLAKELY, a/k/a "Reese"  )    07CR    787

COUNT ONE                           MAGISTRATE JUDGE KEYS

The SPECIAL JUNE 2007 GRAND JURY charges:

On or about November 7, 2003, at Chicago, in the Northern District of Illinois, Eastern Division,

MAURICE BLAKELY, a/k/a "Reese,"

defendant herein, knowingly and intentionally distributed a controlled substance, namely, in excess of 5 grams of mixtures and substances containing cocaine base in the form of crack cocaine, a Schedule II Narcotic Drug Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

## COUNT TWO

The SPECIAL JUNE 2007 GRAND JURY further charges:

On or about November 25, 2003, at Chicago, in the Northern District of Illinois, Eastern Division,

MAURICE BLAKELY, a/k/a "Reese,"

defendant herein, knowingly and intentionally distributed a controlled substance, namely, in excess of 50 grams of mixtures and substances containing cocaine base in the form of crack cocaine, a Schedule II Narcotic Drug Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

2

12/04/2007-13:45-BG0174524428   Page 3 of 4     SPR SQD RM          PAGE 05/05
12/04/07  14:20 FAX 312 554            U.S. DISTRICT COURT          ☒004

## COUNT THREE

The SPECIAL JUNE 2007 GRAND JURY further charges:

On or about February 12, 2004, at Chicago, in the Northern District of Illinois, Eastern Division,

MAURICE BLAKELY, a/k/a "Reese,"

defendant herein, knowingly and intentionally distributed a controlled substance, namely, in excess of 50 grams of mixtures and substances containing cocaine base in the form of crack cocaine, a Schedule II Narcotic Drug Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

                                    A TRUE BILL:

                                    _____
                                    FOREPERSON

_____
UNITED STATES ATTORNEY

3

Case 1:07-cr-00787   Document 4   Filed 12/10/2007   Page 7 of 9

12/04/2007 13:42   2174924428   Page 4 of 4   SPR SGD RM   PAGE 02/05
3:07-mj-03055-BGC   #1
312-846-7

US MARSHALS SERVICE   Fax:312-388-0802   Nov 30 2007 12:51pm P002/005

PAGE 02/02

AO 442 (Rev. 5/97) Warrant for Arrest

# United States District Court

Northern District of Illinois
Eastern Division

United States of America

v.

Maurice Blakely a/k/a Reese

WARRANT FOR ARREST

Case Number: 07 CR 787

To: The United States Marshal
And any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest Maurice Blakely and bring him or her forthwith to the nearest magistrate judge to answer a(n)

(Indictment)  Information  Complaint  Order of court  Violation Notice  Probation Violation Petition

charging him or her with:

in violation of Title 21 United States Code, Section(s): 841 Controlled substance- sell distribute or dispense and 18:2 Aid and abet

Laura Springer
Name of Issuing Officer

U.S. DEPUTY CLERK
Title of Issuing Officer

_Laura Springer_
Signature of Issuing Officer

November 30, 2007  CHICAGO, ILLINOIS
Date and Location

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at

| Date Received | Name and Title of Arresting Officer | Signature of Arrest Officer |
|---|---|---|
| Date of Arrest | | |

E-FILED
Wednesday, 05 December, 2007 01:55:51 PM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT

FILED
DEC 0 4 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

__CENTRAL__ DISTRICT OF __ILLINOIS__

UNITED STATES OF AMERICA
V.
Maurice Blakely

WAIVER FOR REMOVAL

CASE NUMBER: 07-3055-M

I, __Maurice Blakely__, understand that in __Northern__ District of __Illinois__, charges are alleging violation __Title 21 USC Section 841(a)(1) and Title 18 USC Section 2__ and that I have arrested in this District and taken before United States Magistrate Judge Byron G. Cudmore who informed me of the charge and of my right to:

I HEREBY WAIVE (GIVE UP) MY RIGHT TO A(N):

( ) identity hearing

( ) preliminary hearing

( ) detention hearing

(X) identity hearing and have been informed I have no right to a preliminary hearing

( ) identity hearing but request a preliminary hearing be held in the prosecuting district

(X) request detention hearing be held in the prosecuting district

and, therefore, consent to the issuance of an order requiring my appearance in the prosecuting district where the charge is pending against me.

I ELECT not to request transfer of these proceedings to the Central District of Illinois pursuant to Rule 20.

_Maurice Blakely_
Defendant

12/4/2007
s/ Mag Judge Cudmore

Accepted by _____
Byron G. Cudmore, U.S. Magistrate Judge

AO 94 (Rev. 8/97) Commitment to Another District

Wednesday, 05 December 2007 01:57:22 PM
Clerk, U.S. District Court, ILCD

E-FILED

FILED
DEC 0 4 2007
JOHN M. WATERS, Clerk
CENTRAL DISTRICT COURT
DISTRICT OF ILLINOIS

# UNITED STATES DISTRICT COURT

Central District of Illinois

UNITED STATES OF AMERICA
V.
Maurice Blakely

COMMITMENT TO ANOTHER DISTRICT

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| | Northern Illinois | 07-3055-M | Central Illinois |

CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN
☒ Indictment  ☐ Information  ☐ Complaint  ☐ Other (specify)

charging a violation of _____ U.S.C. § _____

**DISTRICT OF OFFENSE**  ND IL

**DESCRIPTION OF CHARGES:**  Drug Charges

**CURRENT BOND STATUS:**
☐ Bail fixed at _____ and conditions were not met
☐ Government moved for detention and defendant detained after hearing in District of Arrest
☒ Government moved for detention and defendant detained pending detention hearing in District of Offense
☐ Other (specify)

Representation: ☐ Retained Own Counsel  ☒ Federal Defender Organization  ☐ CJA Attorney  ☐ None

Interpreter Required?  (No)  ☐ Yes  Language: _____

CENTRAL DISTRICT OF ILLINOIS

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

s/ Mag Judge Cudmore

12/4/07
Date — United States Judge or Magistrate Judge

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |