# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Elaine E. Bucklo | Sitting Judge if Other than Assigned Judge | Sidney I. Schenkier |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 787 - 1 | **DATE** | 12/26/2007 |
| **CASE TITLE** | United States of America vs. Maurice Blakely | | |

**DOCKET ENTRY TEXT**

Arraignment held. The Court finds that the defendant is unable to afford counsel. The Court appoints Douglas Rathe as counsel for the defendant. Enter order appointing Douglas Rathe as counsel for defendant. Defendant waives formal reading of the indictment. Defendant enters plea of not guilty to all counts in the indictment to which he is named. Rule 16.1 (a) conference to be held by 1/2/08. Pretrial motions are to be filed by 1/16/08. Response to pretrial motions are to be filed by 1/30/08. A status hearing is set before Judge Bucklo on 1/18/08 at 10:00 a.m. Time is excluded from 12/26/07 to 1/18/08 pursuant to 18 U.S.C. §3161 (h)(1)(F), (X-E).

■ [ For further detail see separate order(s).]    Docketing to mail notices.

00:30

| | Courtroom Deputy Initials: | mm |
|---|---|---|