UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of: US v. Maurice Blakely

Case: 07CR787

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Maurice Blakely

FILED
12-26-07
DEC 2 6 2007
Magistrate Judge Sidney I. Schenkier
United States District Court

| | |
|---|---|
| SIGNATURE | [signature] |
| FIRM | Law Offices of Douglas J Rathe PC |
| STREET ADDRESS | 1925 Lake Avenue #204 |
| CITY/STATE/ZIP | Wilmette IL 60091 |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | 2288656 |
| TELEPHONE NUMBER | (847) 256-8570 |

ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?   YES ☒   NO ☐

ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?   YES ☒   NO ☐

ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?   YES ☒   NO ☐

IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?   YES ☒   NO ☐

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐        APPOINTED COUNSEL ☒