**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **United States** | ) | |
| | ) | |
| **v.** | ) | **No. 07 CR 787-01** |
| | ) | **Judge Elaine E. Bucklo** |
| **Maurice Blakely** | ) | |
| | ) | |
| **Defendant.** | ) | |

**MOTION TO EXTEND THE TIME FOR FILING MOTIONS**

NOW COMES, MAURICE BLAKELY, by and through his Attorney Douglas J. Rathe and moves this Honorable Court to extend the time for the Defendant to file any additional motions after the Defendant's Attorney has an opportunity to further review the discovery tendered by the Government.  In support of this Motion, Attorney Douglas J. Rathe states as follows:

1.      On December 26, 2007, Douglas J. Rathe was asked by the Federal Defender Program to represent Mr. Blakely.

2.      On December 26, 2007, Douglas J. Rathe appeared before the Magistrate Judge Sidney I. Schenkier and was appointed to represent Mr. Blakely.

3.      At this Initial Appearance, Judge Schenkier entered an order requiring that pre-trial motions be filed on or before January 16, 2008.

4.      On January 2, 2008, Assistant U.S. Attorney Michael Donovan mailed 275 pages of discovery material to Attorney Douglas J. Rathe.

5.      On January 3, 2008, Assistant U.S. Attorney Michael Donovan mailed four discs containing audio and video evidence to Douglas J. Rathe that may or may or

not contain conversations or video evidence of Defendant's involvement in alleged criminal activities.

6.      On January 12, 2008, Attorney Douglas Rathe electronically filed Defendant's Motion for Discovery.

7.      In light of the serious nature of the charges and the possible lengthy prison sentence that may be imposed should the Defendant be convicted, Attorney Douglas J. Rathe is requesting until February 28, 2008 to determine if there are any substantive motions that should be filed in this case.

WHEREFORE, MAURICE BLAKELY, by and through his Attorney Douglas J. Rathe, moves this Honorable Court to extend the time for filing any additional motions deemed necessary to the address factual or legal issues in this case.

Respectfully submitted,

"s/Douglas J. Rathe"

Douglas J. Rathe
Attorney for Maurice Blakely

Dated: January 12, 2007

Douglas J. Rathe
Law Office of Douglas J. Rathe
1925 Lake Avenue, No. 204
Wilmette, IL 60091
(847) 256-8570