UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **United States** | ) | |
| | ) | |
| v. | ) | **No. 07 CR 787-01** |
| | ) | **Judge Elaine E. Bucklo** |
| **Maurice Blakely** | ) | |
| | ) | |
| **Defendant.** | ) | |

## NOTICE OF MOTION

TO:   Michael Donovan
      Assistant United States Attorney
      219 S. Dearborn, 5th Floor
      Chicago, IL 60604

On January 18, 2008 at 10:00 a.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable Elaine E. Bucklo, or any other Judge Presiding in her place, in the United States Federal Courthouse in her Courtroom located at 219 S. Dearborn Street, Chicago, IL 60604, and shall present the attached Motion to extend the time for filing additional Motions, a copy is attached and hereby served upon you.

Respectfully submitted,

s/Douglas J. Rathe

Attorney for Maurice Blakely

Douglas J. Rathe
Law Office of Douglas J. Rathe
1925 Lake Avenue, No. 204
Wilmette, IL 60091
(847) 256-8570

**PROOF OF SERVICE BY ELECTRONIC DELIVERY**

      I, the undersigned, an attorney certify that I served this Notice by electronically filing a copy of said pleading with the Clerk of the United States District Court for the Northern District of Illinois on January 12, 2008.


                                                <u>s/Douglas J. Rathe</u>

                                                Douglas J. Rathe
                                                Attorney for Maurice Blakely