UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **United States** | ) | |
| | ) | |
| v. | ) | **No. 07 CR 787-01** |
| | ) | **Judge Elaine E. Bucklo** |
| **Maurice Blakely** | ) | |
| | ) | |
| **Defendant.** | ) | |

### MOTION FOR DISCOVERY

NOW COMES, MAURICE BLAKELY, through his Attorney, Douglas J. Rathe, and moves this Honorable Court for an Order of Discovery pursuant Rule 16 of the Federal Rules of Criminal Procedure and requests that the United States Government produce the following:

1) Disclose to the defendant the substance of any relevant oral statement made by the defendant, before or after arrest, in response to interrogation by a person the defendant knew was a government agent if the government intends to use the statement at trial.

2) Disclose to the defendant:

(i) Any relevant written or recorded statement by the defendant if: the statement is within the government's possession, custody or control; and the attorney for the government knows – or through due diligence could know – that the statement exists;
(ii) The portion of any written record containing the substance of any relevant oral statement made before or after arrest if the defendant made the statement in response to interrogation by a person the defendant knew was a government agent; and
(iii) The defendant's recorded testimony before a grand jury relating to the charged offense.

1

3) Furnish to the defendant a copy of the defendant's prior criminal record that is within the government's possession, custody, or control if the attorney for the government knows – or through due diligence could know – that the record exists.

4) Permit the defendant to inspect and to copy or photograph books, papers, documents, data, photographs, tangible objects, buildings or places, or copies or portions of any of these items, if the item is within the government's possession, custody, or control and:

- (i) the item is material to preparing the defense;
- (ii) the government intends to use the item in its chief-in-chief at trial; or
- (iii) the item was obtained from or belongs to the defendant.

5) Permit the defendant to inspect and to copy or photograph the results of any physical or mental examination and of any scientific test or experiment if:

- (i) the item is within the government's possession, custody or control;
- (ii) the attorney for the government knows – or through due diligence could know – that the item exists; and
- (iii) the item is material to preparing the defense or the government intends to use the item in its case-in-chief at trial.

6) Give to the defendant a written summary of any testimony that the government intends to use under Rules 702, 703, or 705 of the Federal Rules of Evidence during its chief-in-chief at trial. The summary provided under this paragraph must describe the witness's opinions, the bases and reasons for those opinions and the witness's qualifications.

7) The defendant requests that should the Government discover any additional evidence or material before or during the trial, it shall promptly disclose the existence of this evidence to the defendant or to the court if:

3

      (i)    the evidence or material or is subject to discovery or inspection under this rule; and

      (ii)   the other party previously requested, or the court ordered, its production.

      WHEREFORE, the Defendant, MAURICE BLAKELY, respectfully request that this Honorable Court enter an Order of Discovery upon the Government requiring disclosure pursuant Rule 16 of the Federal Rules of Criminal Procedure

      Respectfully submitted,

      s/Douglas J. Rathe

      Douglas J. Rathe
      Attorney for Maurice Blakely

Dated: January 12, 2008

Douglas J. Rathe
Law Office of Douglas J. Rathe
1925 Lake Avenue, No. 204
Wilmette, IL 60091
(847) 256-8570