UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **United States** | ) | |
| | ) | |
| v. | ) | **No. 07 CR 787-01** |
| | ) | **Judge Elaine E. Bucklo** |
| **Maurice Blakely** | ) | |
| | ) | |
| **Defendant.** | ) | |

### NOTICE OF FILING

TO:   Michael Donovan
       Assistant United States Attorney
       219 S. Dearborn, 5th Floor
       Chicago, IL 60604

　　　Please take Notice that on January 12, 2008, I caused to be filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, Defendant MAURICE BLAKELY'S Motion for Discovery, a copy which is attached and hereby served upon you.

　　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　s/Douglas J. Rathe

　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Maurice Blakely

Douglas J. Rathe
Law Office of Douglas J. Rathe
1925 Lake Avenue, No. 204
Wilmette, IL 60091
(847) 256-8570

**PROOF OF SERVICE BY ELECTRONIC DELIVERY**

      I, the undersigned, an attorney certify that I served this Notice by electronically filing a copy of said pleading with the Clerk of the United States District Court for the Northern District of Illinois on January 12, 2008.

      s/Douglas J. Rathe

      Douglas J. Rathe
      Attorney for Maurice Blakely