## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
## Eastern Division

UNITED STATES OF AMERICA

                        Plaintiff,

v.                                               Case No.: 1:07−cr−00787
                                                         Honorable Elaine E. Bucklo

Maurice Blakely

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, January 18, 2008:

      MINUTE entry before Judge Elaine E. Bucklo :Motion for extension of time [8] is granted as to Maurice Blakely (1) Defendant has until 2/1/08 to file any pretrial motion. Defendant's motion for discovery [10] is denied as moot as to Maurice Blakely (1). Status hearing held on 1/18/2008. Change of Plea Hearing set for 3/21/2008 at01:30 PM. Time from this day through change of plea date is excluded for plea negotiations, pretrial motions and trial preparations under 18:3161 (h)(8)(B)(iv).Mailed notice (mpj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.