**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

UNITED STATES OF AMERICA

                                  Plaintiff,

v.                                                       Case No.: 1:07−cr−00787
                                                         Honorable Elaine E. Bucklo

Maurice Blakely

                                  Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, April 9, 2008:

      MINUTE entry before Judge Honorable Elaine E. Bucklo:As to Maurice Blakely, Pursuant to parties' joint request, change of plea set for 4/17/08 is vacated. Status hearing set for 4/23/2008 at 09:30 AM.Time from this day through next status is excluded for trial preparations under 18:3161 (h)()8)(B)(iv). Mailed notice (mpj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.