UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **United States** | ) | |
| | ) | |
| v. | ) | **No. 07 CR 787-01** |
| | ) | **Judge Elaine E. Bucklo** |
| **Maurice Blakely** | ) | |
| | ) | |
| **Defendant.** | ) | |

## NOTICE OF FILING

TO:    Michael Donovan
        Assistant United States Attorney
        219 S. Dearborn, 5th Floor
        Chicago, IL 60604

      Please take Notice that on April 30, 2008, I caused to be filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, Defendant MAURICE BLAKELY'S Motion for a Competency Examination, a copy which is attached and hereby served upon you.

                                          Respectfully submitted,

                                          s/Douglas J. Rathe

                                          Attorney for Maurice Blakely

Douglas J. Rathe
Law Office of Douglas J. Rathe
1925 Lake Avenue, No. 204
Wilmette, IL 60091
(847) 256-8570

## PROOF OF SERVICE BY ELECTRONIC DELIVERY

      I, the undersigned, an attorney certify that I served this Notice by electronically filing a copy of said pleading with the Clerk of the United States District Court for the Northern District of Illinois on April 30, 2008.

                                      s/Douglas J. Rathe

                                        Douglas J. Rathe
                                        Attorney for Maurice Blakely