**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

UNITED STATES OF AMERICA
                            Plaintiff,
v.                                              Case No.: 1:07−cr−00787
                                                Honorable Elaine E. Bucklo
Maurice Blakely
                            Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, May 7, 2008:

MINUTE entry before Judge Honorable Elaine E. Bucklo:Defendant's motion for examination to determine competency [17] heard and the motion is granted as to Maurice Blakely (1). Defendant to submit draft order for entry as soon as possible. Status hearing held on 5/7/2008. Status hearing set for 7/3/2008 at 09:30 AM. Time from this day through next status is excluded for mental examination under 18:3161 (h)(1)(A). Mailed notice (mpj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.