

Order Form (01/2005)



# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Elaine E. Bucklo | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 787 - 1 | **DATE** | 5/9/2008 |
| **CASE TITLE** | USA vs. Blakely | | |

**DOCKET ENTRY TEXT**

Enter Order for Competency Evaluation of Defendant Maurice Blakely.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | MPJ |
|---|---|---|