

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| United States | ) |
| | ) |
| v. | ) No. 07 CR 787-01 |
| | ) Judge Elaine E. Bucklo |
| Maurice Blakely | ) |
| | ) |
| Defendant. | ) |

## ORDER FOR COMPENTENCY EVALUATION OF DEFENDANT MAURICE BLAKLEY

This Court orders that the Defendant, Maurice Blakely, undergo a psychological examination to determine his competency to stand trial and/or enter a plea to the charges in the above captioned case.

This examination is to be undertaken by the Bureau of Prisons.

The Bureau of Prisons shall furnish the Court with an evaluation on or before July 1, 2008. If the evaluation cannot be completed by July 1, 2008, a representative from the Bureau of Prisons shall appear in the Courtroom of Judge Elaine E. Bucko on July 3, 2008 at 9:30 a.m. to set forth the reasons the evaluation has not been completed.

Prior to the evaluation, the Bureau of Prisons shall inform Attorney Douglas J. Rathe and Assistant United States Attorney Michael Donovan of the proposed date and location for this evaluation.

JUDGE:

_____
Elaine E. Bucklo
Judge, Untied States District Court
for the Northern District of Illinois

Dated: 5-9-08

Prepared by:

Douglas J. Rathe
Law Office of Douglas J. Rathe
1925 Lake Avenue, No. 204
Wilmette, IL 60091
(847) 256-8570