UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| United States | ) | |
| | ) | |
| v. | ) | No. 07 CR 787 |
| | ) | Judge Elaine E. Bucklo |
| Maurice Buckley | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION FOR TESTING OF THE DRUGS BY
AND INDEPENDENT EXPERT
AND
MOTION FOR THE EXPENDITURE OF
<u>FUNDS TO PAY THE EXPERT</u>**

NOW COMES, MAURICE BLAKELY, through his Attorney, Douglas J. Rathe, and moves this Honorable Court to enter an Order allowing the Defendant to hire an expert to test the drugs that the Government intends to use to prove the charges against the Defendant. In support of the Motion, the Defendant states as follows:

1. Count One of the Indictment charges the Defendant with knowingly and intentionally distributing in excess of 5 grams of crack cocaine on November 7, 2003.

2. Count Two of the Indictment charges the Defendant with knowingly and intentionally distributing in excess of 50grams of crack cocaine on November 25, 2003.

3. Defendant believes that an analysis of the drugs described in paragraphs one and two will show that the drugs are not in the form of crack cocaine.

1

4. The testing goes to the heart of the Defendant's defense since there is a significant difference between the penalties for the distribution of crack cocaine in contrast to the distribution of powder cocaine.

5. The Defendant requests that the Court sign an order allowing a reasonable expenditure of funds pursuant to the provisions of the Criminal Justice Act for the purposes of hiring an expert. (Defendant believes that an expert can be retained to test the drugs at a cost of less than $3,000.00)

WHEREFORE, the Defendant, MAURICE BLAKELY, moves this Honorable Court for an Order enter an Order allowing the Defendant to hire an expert to test the drugs that the Government intends to use to prove the charges against the Defendant.

Respectfully submitted,

s/Douglas J. Rathe

Douglas J. Rathe
Attorney for Maurice Blakely

Dated: July 2, 2008

Douglas J. Rathe
Law Office of Douglas J. Rathe
1925 Lake Avenue, No. 204
Wilmette, IL 60091
(847) 256-8570