IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **United States** | ) | |
| | ) | |
| v. | ) | **No. 07 CR 787** |
| | ) | **Judge Elaine E. Bucklo** |
| **Maurice Buckley** | ) | |
| | ) | |
| **Defendant.** | ) | |

## NOTICE OF MOTION

TO:   Michael Donovan
      Assistant United States Attorney
      219 S. Dearborn, 5th Floor
      Chicago, IL 60604

   PLEASE TAKE NOTICE that on July 3, 2008 at 9:30 a.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable Elaine E. Bucklo, or any other Judge presiding in her place in the United States Federal Courthouse Courtroom 1441 located at 219 S. Dearborn Street, Chicago, IL 60604, and present the attached Motion to Allow Defendant to Test the Drugs and Expend Funds to Hire an Expert, a copy is attached and hereby served upon you.

                              Respectfully submitted,

                              s/Douglas J. Rathe

                              Attorney for Maurice Blakely

Douglas J. Rathe
Law Office of Douglas J. Rathe
1925 Lake Avenue, No. 204
Wilmette, IL 60091
(847) 256-8570

**PROOF OF SERVICE BY ELECTRONIC DELIVERY**

      I, the undersigned, an attorney certify that I served this Notice by electronically filing a copy of said pleading with the Clerk of the United States District Court for the Northern District of Illinois on July 2, 2008.

                    s/Douglas J. Rathe

                    Douglas J. Rathe
                    Attorney for Maurice Blakely