**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff,<br>v.<br>Maurice Blakely<br>Defendant. | Case No.: 1:07–cr–00787<br>Honorable Elaine E. Bucklo |

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, July 3, 2008:

    MINUTE entry before the Honorable Elaine E. Bucklo: Motion [23] to allow defendant to test the drugs and expand funds to hire an expert is entered and continued as to Maurice Blakely (1). Status hearing held on 7/3/2008. The court notes that defendant failed to appear in court. Status hearing set for 7/14/2008 at 10:30 AM. at which time defendant must be present. The U.S. Marshal is directed to use necessary force, if needed, to bring defendant to court next time. Time from this day through next status is excluded for trial preparations under 18:3161 (h)(8)(B)(iv). Mailed notice (mpj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.