## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
## Eastern Division

UNITED STATES OF AMERICA

                              Plaintiff,

v.                                                  Case No.: 1:07–cr–00787
                                                            Honorable Elaine E. Bucklo

Maurice Blakely

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, July 14, 2008:

       MINUTE entry before the Honorable Elaine E. Bucklo:Defendant's motion [23]for testing of the drug by an independent expert heard and the motion is entered and continued as to Maurice Blakely (1). As to Maurice Blakely, status hearing held on 7/14/2008 and continued to 7/23/08 at 9:15 a.m. at which time trial will be set. At the next status defendant's counsel will report to the court on his effort to find a local expert to conduct the testing, if needed. Time from this day through next status is excluded for pretrial motions and trial preparations under 18:3161 )h)(8)(B)(iv). Mailed notice (mpj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.