UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

UNITED STATES OF AMERICA
                                             Plaintiff,

v.                                           Case No.: 1:07−cr−00787
                                             Honorable Elaine E. Bucklo

Maurice Blakely
                                             Defendant.

NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 23, 2008:

     MINUTE entry before the Honorable Elaine E. Bucklo:As to Maurice Blakely, status hearing held on 7/23/2008. Two−day Jury Trial set for 10/6/2008 at 09:30 AM.. Status hearing set for 8/7/2008 at 09:30 AM. Time from this day through trial date is excluded for trial preparations under 18:3161 (h)(8)(B)(iv). Mailed notice (mpj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.