**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **United States** | ) | |
| | ) | |
| v. | ) | No. 07 CR 787 |
| | ) | Judge Elaine E. Bucklo |
| **Maurice Buckley** | ) | |
| | ) | |
| **Defendant.** | ) | |

**DEFENDANT'S MOTION FOR AN ORDER**
**AUTHORIZING THE EXPENDITURE OF FUNDS**
**TO CONDUCT AN EXAMINATION AND**
**<u>PERFORM NECESSARY TESTS</u>**

NOW COMES, MAURICE BLAKELY, through his Attorney, Douglas J. Rathe, and moves this Honorable Court to enter an Order allowing the Defendant to hire an expert to examine the cocaine and perform all necessary tests on the cocaine being held by the Drug Enforcement Administration and that the Government intends to use to prove the charges against the Defendant. In support of the Motion, the Defendant states as follows:

1. The Defendant seeks leave from this Court to hire an expert to conduct an examination and perform the necessary tests on the cocaine being held as evidence by the Drug Enforcement Agency (D.E.A.) in the above-captioned case.

2. The Defendant represents that this expert will provide a report and/or testify before this Court on the issue of whether or not the cocaine being held as evidence by D.E.A. in the above captioned

1

    case is in the form of crack cocaine, powder cocaine or base cocaine

3. The Defendant has contacted and seeks to hire as an expert:

    Dr. John P. Bederka, Ph.D
    Toxicull Associates
    780 Austin Avenue
    Aurora, IL 60505

4. The Defendant asks this Court to enter an order requiring the D.E.A. is ordered to provide Dr. Bederka access to the cocaine that is being held as evidence in the above-captioned case for the purposes of examination and/or testing.

5. The Defendant is asking this Court to authorize the expenditure of up to $2,000.00, pursuant to the provisions of the Criminal Justice Act, in order to compensate Dr. Bederka for conducting an examination and providing an opinion regarding the nature of the cocaine being held as evidence by the D.E.A. in the above captioned case.

  WHEREFORE, the Defendant, MAURICE BLAKELY, moves this Honorable Court for an Order allowing the Defendant to hire an expert to examine the cocaine and

perform all necessary tests on the cocaine being held by the Drug Enforcement Administration and that the Government intends to use to prove the charges against the Defendant.

                Respectfully submitted,

                s/Douglas J. Rathe

                Douglas J. Rathe
                Attorney for Maurice Blakely

Dated:  August 27, 2008

Prepared by:

Douglas J. Rathe
Law Office of Douglas J. Rathe
1925 Lake Avenue, No. 204
Wilmette, IL 60091
(847) 256-8570