**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **United States** | ) | |
| | ) | |
| **v.** | ) | **No. 07 CR 787** |
| | ) | **Judge Elaine E. Bucklo** |
| **Maurice Buckley** | ) | |
| | ) | |
| **Defendant.** | ) | |

## NOTICE OF MOTION

TO:    Michael Donovan
Assistant United States Attorney
219 S. Dearborn, 5th Floor
Chicago, IL 60604

PLEASE TAKE NOTICE that on August 28, 2008 at 9:30 a.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable Elaine E. Bucklo, or any other Judge presiding in her place in the United States Federal Courthouse Courtroom 1441 located at 219 S. Dearborn Street, Chicago, IL 60604, and present the attached Motion to Expend Funds under the Criminal Justice Act that allows the Defendant to Hire an Expert to perform an examination and test certain drugs, a copy is attached and hereby served upon you.

Respectfully submitted,

s/Douglas J. Rathe

Attorney for Maurice Blakely

Douglas J. Rathe
Law Office of Douglas J. Rathe
1925 Lake Avenue, No. 204
Wilmette, IL 60091
(847) 256-8570

## PROOF OF SERVICE BY ELECTRONIC DELIVERY

I, the undersigned, an attorney certify that I served this Notice by electronically filing a copy of said pleading with the Clerk of the United States District Court for the Northern District of Illinois on August 27, 2008.


s/Douglas J. Rathe

Douglas J. Rathe
Attorney for Maurice Blakely