## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.2
### Eastern Division

UNITED STATES OF AMERICA

                Plaintiff,

v.                              Case No.: 1:07−cr−00787
                              Honorable Elaine E. Bucklo

Maurice Blakely

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, September 3, 2008:

      MINUTE entry before the Honorable Elaine E. Bucklo:Motion [29]to allow expert is granted as to Maurice Blakely.The requested order is entered with the following caveat: Counsel has not stated the hourly rate of the expert. He may be compensated in an amount up to $2,000 at a reasonable hourly rate. I have some doubt that the amount requested will actually be required, at least unless the expert testifies in court. Counsel is required to notify the expert of this order. Status hearing held on 9/3/2008. Pretrial Conference set for 10/3/2008 at 02:30 PM. Parties have until 10/1/08 to submit their voir dire, jury instruction, witness list and a statement of the case. Mailed notice (mpj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.