

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

United States            )
                         )
v.                       )   No. 07 CR 787
                         )   Judge Elaine E. Bucklo
Maurice Buckley          )
                         )
         Defendant.      )

ORDER
AUTHORIZING THE EXPENDITURE OF FUNDS
TO CONDUCT AN EXAMINATION AND
PERFORM NECESSARY TESTS

IT IS HEREBY ORDERED THAT:

1. The Defendant is authorized to hire an expert to conduct an examination and perform the necessary tests on the cocaine being held as evidence by the Drug Enforcement Agency (D.E.A.) in the above-captioned case.

2. This expert will provide a report and/or testify before this Court on the issue of whether or not the cocaine being held as evidence by D.E.A. in the above captioned case is in the form of crack cocaine, powder cocaine or base cocaine

3. The expert is:

    Dr. John P. Bederka, Ph.D
    Toxicull Associates
    780 Austin Avenue
    Aurora, IL 60505

4. The D.E.A. is ordered to provide Dr. Bederka access to the cocaine that is being held as evidence in the above-captioned case for the purposes of examination and/or testing.

1

5.      The Court is authorizing the expenditure of up to $2,000.00, pursuant to the provisions of the Criminal Justice Act, in order to compensate Dr. Bederka for conducting an examination and providing an opinion regarding the nature of the cocaine being held as evidence by the D.E.A. in the above captioned case.

ENTERED:

*Elaine E. Bucklo*

Elaine E. Bucklo
Judge
United States District Court
  for the Northern District of Illinois

Dated: ~~August 28, 2008~~ 9/3/08

Prepared by:

Douglas J. Rathe
Law Office of Douglas J. Rathe
1925 Lake Avenue, No. 204
Wilmette, IL 60091
(847) 256-8570

2